PROB 12C
(6/16)

Report Date: November 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Benjamin L. Higgins | Case Number: 0980 2:17CR00216-SMJ-1 |
| Address of Offender: | Wellpinit, Washington 99040 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 28, 2020

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: | Prison - 30 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks |
| Date Supervision Commenced: | January 30, 2020 |
| Defense Attorney: | Federal Defender's Office |
| Date Supervision Expires: | January 29, 2023 |

## PETITIONING THE COURT

**To issue a SUMMONS.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: On or about October 2, 2020, Mr. Higgins is alleged to have violated standard condition number 5 as he made a change to his living arrangements without notifying the undersigned officer. |
| | On November 5, 2020, this officer contacted the director of Pura Vida clean and sober homes in Spokane, Washington. The director reported Mr. Higgins moved out of the residence on or about October 2, 2020, to an unknown location. On the same date, communication was finally established with Mr. Higgins and he reported he is staying with friends and his girlfriend at different locations in Spokane, Washington. Mr. Higgins was asked for the physical location of where he has been residing for the past month, in which he responded with "I don't know." Furthermore, Mr. Higgins was questioned as to why he did not report the change of addresses to this officer and he again replied with "I don't know." |

Prob12C
Re: Higgins, Benjamin L.
November 10, 2020
Page 2

On February 6, 2020, Benjamin Higgins signed his judgment for case number 2:17CR00216-SMJ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Higgins was made aware by his U.S. probation officer that he must notify the probation officer at least 10 calendar days before a change in residence and/or within 72 hours of becoming aware of an expected change.

2   **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On November 5, 2020, Mr. Higgins is alleged to have violated special condition number 2 by being unsuccessfully discharged from treatment. On that date, the undersigned officer received notification from the offender's counselor at Pioneer Human Services that Mr. Higgins had been unsuccessfully discharged from treatment as a result of his failure to attend treatment between September 17, and November 4, 2020. Additionally, when asked about his missed treatment sessions, Mr. Higgins verbally stated to his supervising officer "I don't know."

On February 6, 2020, Benjamin Higgins signed his judgment for case number 2:17CR00216-SMJ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Higgins was made aware by his U.S. probation officer that he must enter into and successfully complete an approved substance abuse treatment program while on supervised release.

3   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Higgins violated special condition 3 by failing to report for scheduled urinalysis (UA) testing on October 15 and 29, 2020. This was confirmed by the Pioneer Human Services UA attendance roster. Additionally, when asked about his missed tests, Mr. Higgins verbally stated to his supervising officer "I don't know."

On February 6, 2020, Benjamin Higgins signed his judgment for case number 2:17CR00216-SMJ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Higgins was made aware by his U.S. probation officer that he must report for random urinalysis sampling as required.

On February 6, 2020, Mr. Higgins was placed on random urine testing with Pioneer Human Services and was required to provide a sample when his assigned color was called.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Higgins, Benjamin L.**
**November 10, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 10, 2020

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

11/10/2020
Date