PROB 12C
(6/16)

Report Date: May 14, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Benjamin L Higgins | Case Number: 0980 2:17CR00216-SMJ-1 |
| Address of Offender: Unknown | |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 28, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (December 31, 2020) | Prison - 2 months; TSR - 34 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: January 21, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: November 20, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: Benjamin Higgins is alleged to have violated the above standard condition by changing his living arrangements without notifying the probation officer. |
| | On February 6, 2020, Benjamin Higgins signed his judgment for case number 2:17CR00216-SMJ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Higgins was made aware by his U.S. probation officer that he must notify the probation officer at least 10 days before a change of residence or at least 72 hours of becoming aware of the expected change. |

Prob12C
Re: Higgins, Benjamin L.
May 14, 2021
Page 2

On May 11, 2021, the undersigned officer attempted to contact Mr. Higgins at his residence with Rising Strong Catholic Charities. The program manager informed the undersigned that Mr. Higgins unsuccessfully discharged from the facility on March 24, 2021. Mr. Higgins' whereabouts are currently unknown. The undersigned officer is awaiting discharge summary from Rising Strong Catholic Charities for further information.

2   **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Benjamin Higgins is alleged to have violated the above special condition by being unsuccessfully discharged from Rising Strong Catholic Charities for failing to cooperate with the program requirements.

On February 6, 2020, Benjamin Higgins signed his judgment for case number 2:17CR00216-SMJ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Higgins was made aware by his U.S. probation officer that he must successfully complete the substance abuse treatment program.

On May 11, 2021, the undersigned officer met with Mr. Higgins' program manager at Rising Strong Catholic Charities. The program manager reported Mr. Higgins failed to uphold the program policy in various areas. Several attempts were applied to redirect Mr. Higgins' behavior without success. The undersigned officer learned Mr. Higgins was unsuccessfully discharged from the facility on March 24, 2021. The undersigned officer is awaiting discharge summary from Rising Strong Catholic Charities for further information.

3   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Benjamin Higgins is alleged to have violated the above special condition by failing to abstain from the use of illegal controlled substances.

On February 6, 2020, Benjamin Higgins signed his judgment for case number 2:17CR00216-SMJ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Higgins was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances.

On May 11, 2021, the undersigned officer met with Mr. Higgins' program manager at Rising Strong Catholic Charities. The program manager reported Mr. Higgins failed to uphold the program policy in various areas. The program manager specifically noted that Mr. Higgins continued to provide positive urine samples for controlled substances. The undersigned officer is awaiting a discharge summary from Rising Strong Catholic Charities for further information.

Prob12C
Re: Higgins, Benjamin L.
May 14, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 14, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

May 14, 2021

Date