PROB 12C
(6/16)

Report Date: August 19, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Benjamin L. Higgins                Case Number: 0980 2:17CR00216-SMJ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 28, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (December 31, 2020) | Prison - 2 months TSR - 34 months | | |
| Revocation Sentence: (January 11, 2022) | Prison - 8 months TSR - 26 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | August 3, 2022 |
| Defense Attorney: | Colin Prince | Date Supervision Expires: | October 2, 2024 |

## PETITIONING THE COURT

To issue a summons.

On August 3, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Higgins as outlined in the judgment and sentence. Mr. Higgins signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Mr. Higgins violated the above-stated condition by using methamphetamine, an illegal controlled substance, on or about August 16, 2022. |
| | On August 18, 2022, Mr. Higgins reported for an office appointment as directed. He was asked to provide a random urine sample. The sample provided tested presumptive positive |

Prob12C
Re: Higgins, Benjamin L.
August 19, 2022
Page 2

for methamphetamine and fentanyl. Mr. Higgins admitted using methamphetamine on or about August 16, 2022. He signed an admission form, but denied fentanyl use. The sample was sent off for confirmation and the results are pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 19, 2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

08/19/2022

Date