PROB 12C
(6/16)

Report Date: September 2, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Benjamin L. Higgins           Case Number: 0980 2:17CR00216-SMJ-1

Address of Offender: ▇▇▇▇▇▇▇▇▇, Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 28, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 31, 2020) | Prison - 2 months<br>TSR - 34 months | |
| Revocation Sentence:<br>(January 11, 2022) | Prison - 8 months<br>TSR - 26 months | |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: August 3, 2022 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: October 2, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/19/2022.

On August 3, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Higgins as outlined in the judgment and sentence. Mr. Higgins signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged Mr. Higgins violated the above-stated condition by using fentanyl, an illegal controlled substance, on or about August 16, 2022. |

Prob12C
**Re: Higgins, Benjamin L.**
**September 2, 2022**
**Page 2**

On August 18, 2022, Mr. Higgins reported for an office appointment as directed. He was asked to provide a random urine sample. The sample provided tested presumptive positive for fentanyl. Mr. Higgins adamantly denied any fentanyl use and signed a denial form for the undersigned officer.

The sample provided by Mr. Higgins was submitted to Alere Laboratory for confirmation. On August 24, 2022, Mr. Higgins sample returned positive for fentanyl.

3   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. Higgins violated the above-stated condition by using methamphetamine, an illegal controlled substance, on or about August 23, 2022.

It is alleged that Mr. Higgins violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance. On August 23, 2022, Mr. Higgins provided a random urine sample at Pioneer Human Services (PHS). The sample resulted in a presumptively positive test for methamphetamine and was sent to Alere for further testing. On September 2, 2022, Mr. Higgins sample returned positive for methamphetamine.

4   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. Higgins violated the above-stated condition by using methamphetamine, an illegal controlled substance, on or about August 29, 2022.

On September 2, 2022, Mr. Higgins reported for an office appointment as directed. He was asked to provide a random urine sample. The sample provided tested presumptive positive for methamphetamine, fentanyl and cocaine. Mr. Higgins admitted using methamphetamine and fentanyl on or about August 29, 2022. He signed an admission form for using methamphetamine and fentanyl, but denied cocaine use. The sample was sent off for confirmation and the results are pending.

5   **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged Mr. Higgins violated the above-stated condition by failing to report for scheduled office appointment with the undersigned officer on September 1, 2022.

On August 18, 2022, the undersigned officer placed Mr. Higgins on increased reporting. He was instructed to report for his next appointment on September 1, 2022. Mr. Higgins failed to report for his office appointment. The undersigned officer contacted him to inquire his

Prob12C  
**Re: Higgins, Benjamin L.**  
**September 2, 2022**  
**Page 3**

whereabouts and learned Mr. Higgins had transportation issues. He was then rescheduled for an office appointment later in the afternoon and he promised he would report. Regretfully, Mr. Higgins failed to honor this second appointment and did not report as directed on September 1, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 2, 2022

s/Mark E. Hedge

Mark E. Hedge  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[X]  Defendant to appear before the Magistrate Judge.  
[ ]  Other

Signature of Judicial Officer

09/02/2022  
Date